THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Thomas
 Jefferson Davis, Appellant.
 
 
 

Appeal From Sumter County
 Howard P. King, Circuit Court Judge
Unpublished Opinion No.  2008-UP-159
Submitted March 3, 2008  Filed March 12,
 2008
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission of
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM: Thomas
 Jefferson Davis appeals his guilty plea to two counts of possession of crack
 cocaine with intent to distribute, two counts of possession of crack cocaine
 with intent to distribute within proximity of a school, nine counts of
 receiving stolen goods, and one count each of possession of cocaine, failure to
 stop for a blue light, and shoplifting.  On
 appeal, Davis maintains the plea court, by advising him of his right to appeal,
 rendered his plea conditional, and therefore, invalid under our jurisprudence.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Daviss appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED. 
ANDERSON, SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.